UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :
                                                 :
   LAWRENCE T. KIRSCH                 : Bankruptcy No. 09-19358MDC
                                                 :
   Debtor(s)                          : Chapter 13

\* \* \* \* \* \* \*

**HEARING TO BE HELD:**
**Date: 06/10/10**
**Time: 9:30 a.m.**
**Place: United States**
      **Bankruptcy Court**
      **Courtroom #5**
      **900 Market Street**
      **Philadelphia, PA 19107-4295**

\* \* \* \* \* \* \*

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Frederick L. Reigle, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on December 4, 2009.

3.    In the within case, the plan does not appear to be feasible.

4.    In the within case, the debtor has failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

5.    For the reasons set forth herein, the Trustee believes, and therefore avers, that the within case should be dismissed.

    WHEREFORE, the Movant requests that the Court, after a hearing, enter an

Order dismissing this case.

                                          Respectfully submitted,

Date:  May 25, 2010             */s/Polly A. Langdon*
                                          Polly A. Langdon, Esq.
                                          for
                                          Frederick L. Reigle, Esq.
                                          Standing Chapter 13 Trustee
                                          2901 St. Lawrence Avenue
                                          P. O. Box 4010
                                          Reading, Pennsylvania 19606
                                          Telephone:  (610) 779-1313