UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :
                                                 :
    LAWRENCE T. KIRSCH            : Bankruptcy No.  09-19358MDC
                                                 :
    Debtor(s)                     : Chapter 13

ORDER

AND NOW, this            day of                              , 2010, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
MAGDELINE D. COLEMAN, B.J.

Interested parties:

Polly A. Langdon, Esq. for
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606

Michael W. Gallagher, Esq.
628 East Germantown Pike
Lafayette Hill, PA 19444

Lawrence T. Kirsch
337 W. 6th Avenue
Conshohocken, PA 19428